IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| United States of America, Plaintiff, v. Bensalem Township, Defendant. | CIVIL ACTION NO. 16-3938 |
|---|---|

# O R D E R

**AND NOW**, this  14th  day of November 2016, after review of documents ECF 1, ECF 10, and ECF 12, and for the reasons stated in the accompanying memorandum, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF 10) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-3938 US v Bensalem Twp\Order - Motion to Dismiss.docx